1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEPHANIE TARPLEY,                         Case No.  2:24-cv-3377-JDP (P)

12                   Plaintiff,

13         v.                                     ORDER; FINDINGS AND
                                                  RECOMMENDATIONS
14    STATE OF CALIFORNIA, *et al.*,

15                   Defendants.

16

17         Defendants California, California Department of Corrections and Rehabilitation, Central

18    California Woman's Facility, and Deputy Youngblood removed this action from Sacramento

19    Superior Court on the basis of federal question jurisdiction.  ECF No. 1.  Plaintiff moves to

20    remand, ECF No. 7; defendants do not oppose remand, ECF No. 8.  I recommend that the matter

21    be remanded.

22         Plaintiff, a former inmate, filed this action on September 10, 2024, in Sacramento County

23    Superior Court.  ECF No. 1 at 7.  The complaint brings six state causes of action and one

24    federal—violation of the Eighth Amendment.  *Id.* at 17-29.  On December 4, 2024, defendants

25    removed this action on the basis of federal question jurisdiction.  *Id.* at 2.  Plaintiff then filed an

26    amended complaint, wherein she deleted her federal claim.  ECF No. 6.  Shortly thereafter, she

27    filed the instant motion to remand.  ECF No. 7.  Defendants filed a statement of non-opposition,

28    in which they join plaintiff's request for remand.  ECF No. 8.

                                                  1

1        Recently, the Supreme Court announced that when a plaintiff amends her complaint to

2    delete the federal-law claims that enabled removal, leaving only state-law claims, federal courts

3    lose supplemental jurisdiction over the state claims, and the case must be remanded.  *Royal Canin*

4    *U. S. A., Inc. v. Wullschleger*, No. 23-677, 2025 WL 96212, at \*11 (U.S. Jan. 15, 2025).  Plaintiff

5    has deleted her federal claims, and so remand is warranted.

6        Accordingly, it is hereby ORDERED:

7        1. Defendants' request for clarification, ECF No. 4, is denied as moot.

8        2. The Clerk of Court is directed to randomly assign a district judge to this action.

9        Further, it is hereby RECOMMENDED that:

10       1. Plaintiff's motion to remand, ECF No. 7, be granted.

11       2. This case be remanded to the Superior Court of the State of California in and for the

12   County of Sacramento.

13       3. The Clerk of Court be directed to send a certified copy of this order to Superior Court

14   of California in and for the County of Sacramento and to close the case.

15       These findings and recommendations are submitted to the United States District Judge

16   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of

17   service of these findings and recommendations, any party may file written objections with the

18   court and serve a copy on all parties.  Any such document should be captioned "Objections to

19   Magistrate Judge's Findings and Recommendations," and any response shall be served and filed

20   within fourteen days of service of the objections.  The parties are advised that failure to file

21   objections within the specified time may waive the right to appeal the District Court's order.  *See*

22   *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

23   1991).

24

25   IT IS SO ORDERED.

26

27   Dated:    January 28, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

28

2