UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE TARPLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-03377-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND THIS ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT<br><br>(Doc. Nos. 7, 9) |

　　　　Plaintiff Stephanie Tarpley, a former state prisoner, is proceeding with counsel in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 29, 2025, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's unopposed motion to remand this action back to the Sacramento County Superior Court (Doc. No. 7) be granted because the court lacks subject matter jurisdiction over this action. (Doc. No. 9.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

1  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

   Accordingly:

   1. The findings and recommendations issued on January 29, 2025 (Doc. No. 9) are adopted in full;
   2. Plaintiff's motion to remand (Doc. No. 7) is granted;
   3. This action is remanded to the Sacramento County Superior Court due to this court's lack of subject matter jurisdiction; and
   4. The Clerk of the Court is directed to close this case.

   IT IS SO ORDERED.

   Dated:  **February 18, 2025**  _____
   Dena Coggins
   United States District Judge